IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LYDIA CLADEK,

       **Plaintiff,**

v.                                                              CASE NO.  4:14cv187-MW/CAS

PAUL PAGANO,
JOHN DOE and JANE DOE,

       **Defendants.**

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.19, filed August 27, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 19, filed September 18, 2014.   Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 17, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)." The Clerk shall note on the docket this cause is dismissed pursuant to 28 U.S.C.

1

§ 1915(e)(2)(B)(ii).  The Clerk shall close the file.

**SO ORDERED on September 22, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
